# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| José A. Ramos-Ramos, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Jorge Haddock; Sindicato de Trabajadores de la Universidad de Puerto Rico, et al, <br><br> Defendants. | **Civil No. 20-01232(GMM)** |

## JUDGMENT

Pursuant to this Court's Opinion and Order at Docket No. 157, Judgment is hereby entered ordering Defendants to pay Plaintiffs the stipulated amount of union dues that were deducted since their date of resignation, as set forth in that Opinion. All remaining claims from Plaintiffs' Amended Complaint are DISMISSED WITH PREJUDICE.

The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this September 27, 2023.

s/Gina R. Méndez-Miró<br>
GINA R. MÉNDEZ-MIRÓ<br>
UNITED STATES DISTRICT JUDGE